UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 22, 2014
XCO-042

No. 14-2954

Sprint Spectrum, L.P., et al.
v.

The Zoning Board of Adjustment of The Borough of Paramus New Jersey,
Appellant

(D.N.J. No. 2-09-cv-04940)

Present:     FISHER, SHWARTZ, and GARTH, Circuit Judges

1. Motion by Appellant to Accept Non-compliant Filing of Principal Brief;

2. Motion by Appellee to Accept Non-complaint Filing of Opposition Brief.

Respectfully,
Clerk/clw/slc

_____ORDER_____

     The foregoing motion by Appellant is denied as presented. Appellant may file a brief of up to 16,000 words within 30 days of the date of this Order. The foregoing motion by Appellees is denied. It is not this Court's policy to grant permission to file an overlength brief solely because Appellant has been granted such permission. Appellees have failed to demonstrate extraordinary circumstances that warrant filing an overlength brief.

By the Court,

s/ D. Michael Fisher
Circuit Judge

Dated: August 25, 2014
CLW/cc: Reginald Jenkins Jr. , Esq.
     Gregory D. Meese, Esq.
     Claire J. Evans, Esq.
     Joshua Turner, Esq.
     Caroline R. Van Wie, Esq
     Justin D. Santagata, Esq.